IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DYCK-O'NEAL, INC.,

      Appellant,

v.

CLARIBELL OKOLI,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5710

_____/

Opinion filed October 5, 2017.

An appeal from the Circuit Court for Alachua County.

David M. Snyder of David M. Snyder Professional Association, Tampa; Susan B. Morrison of Law Offices of Susan B. Morris, P.A. Tampa; Joshua D. Moore of Law Offices of Daniel C. Consuegra, Tampa, for Appellant.

Tracy J. S. Frasier of Smith Frasier, P.A., Gainesville, for Appellee.


PER CURIAM.

      AFFIRMED.  See Higgins v. Dyck-O'Neal, Inc., 201 So. 3d 157 (Fla. 1st DCA 2016) (holding that a party is not entitled to pursue a separate action for deficiency judgment where the foreclosure complaint includes a prayer for a deficiency judgment and the foreclosure court reserves jurisdiction to enter a deficiency judgment); see also Dyck-O'Neal, Inc. v. Lanham, 214 So. 3d 802 (Fla.

1st DCA 2017) (certifying conflict between this Court's decision in <u>Higgins</u> and decisions by the other four district courts of appeal).

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.